# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
# The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>JABBRAG, INC.<br><br>Debtor. | Case No. 16-20806 MER<br><br>Chapter 7 |

## ORDER DISMISSING CHAPTER 7 CASE

THIS MATTER THIS MATTER arises *sua sponte*. This Chapter 7 bankruptcy case was filed on November 3, 2016, however, none of the required statements or schedules were ever filed. The Court, therefore finds, pursuant to L.B.R. 1017-3, that grounds exist for the dismissal of this case. Accordingly,

IT IS ORDERED that this case be and it hereby is dismissed;

IT IS FURTHER ORDERED that the Clerk shall give notice of this dismissal pursuant to Rule 2002(f), Fed.R.Bankr.P., utilizing whatever addresses may be available from the record.

Dated January 24, 2017               BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court